**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DESIREE VANCE,

                    Plaintiff,                  21 **CIVIL** 4361 (VSB)(SN)

      -v-                                    **JUDGMENT**

ACTING COMMISSIONER
OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 17, 2022, that this action be, and is hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 40S(g), for further administrative proceedings. Upon remand, the Commissioner shall offer Plaintiff the opportunity for a new hearing and issue a de novo decision.

**Dated:**  New York, New York
            May 19, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                             **BY:**   *K. Mango*
                                                  **Deputy Clerk**